# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff,<br>v.<br>ADALBERTO MAGANA-GONZALEZ<br>　　　　　　　　Defendant. | Case No.:　17cr3077-LAB and 19cv2276<br><br>**ORDER DENYING PETITION UNDER 28 U.S.C. § 2255** |

Defendant Adalberto Magana-Gonzales filed a direct appeal on September 25, 2018. The Ninth Circuit in a memorandum affirmed his conviction on October 22, 2019, but granted his motion to extend the time for him to file a petition for rehearing or rehearing en banc. Then he filed this petition under 28 U.S.C. § 2255 on November 26, 2019. As of today, the mandate has not issued, and the appeal is still pending.

A § 2255 petition filed while a direct appeal is still pending will be denied, because the disposition of the appeal may render the petition unnecessary. *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987).

/ / /

/ / /

The petition is **DENIED WITHOUT PREJUDICE**. This order does not prevent Magana-Gonzalez from filing a new petition after the appeal is final.

**IT IS SO ORDERED**.

Dated: December 10, 2019

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge